Thomas KIRWIN and Dianne Kirwin, Petitioners

v.

SUSSMAN AUTOMOTIVE d/b/a/ Sussman Mazda and Eric Sussman, Respondents

No. 796 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.